INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
10:33 am, Apr 27, 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**MICHAEL A. HAYS**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**MARION COUNTY SHERIFF**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)*

Case No.  1:22-cv-00813-JPH-DLP

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number.  A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

**I.     Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

**B.**   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

UNLAWFUL DETENTION, ILLEGAL SEARCH AND SEIZURE, MENTAL ABUSE AND TRAUMA WHILE INCARCERATED

**C.**   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**D.**   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was arrested on February 18, 2015 for a child support purge bond warrant in the amount of 700$ US. My family paid the bond within hours of my incarceration. I was kept an additional 4 days after my bond was paid. A court date was issued for me to be present on February 19, 2015. Marion County Jail still had me in carceratmed and did not transport me to this court date due to the computer listing me as, "BONDED OUT". In court on February 19, 2015 when I was unable to appear due to over incarceration and being held past the time my bond was paid, exceeding 12 hours, the court then issued a Failure To Appear warrant for my arrest with a 1000$ bail bond attached. On may 8, 2015, an officer of the law from Indianapolis Metropolitan Police Department pulled me over because he ran my license plate and saw I had a warrant. This was the warrant issued February 19, 2015; unlawfully.

The officer acted under color of law on the basis he saw I had a warrant that should have never been issued in the first place.I was again taken to jail, and once again my family paid my bond,1000$ within hours, and once again I was kept for days; this time it was 5 days past my bond and over 12 hours. I was once again abused my Marion County Jail Staff and told the more I ask about my paid bond and my release, and the more my family calls about when I will be free, then every time my paperwork for release would be "put to the bottom of the pile and I would sit there longer". I am currently a part of a class action law suit, "DRIVER v. MARION COUNTY SHERIFF, et al., CASE NO. 1:14-cv-02076-RLY-MJD (S.D. Ind.)" and have opted out as I do not agree with settlement This case is in the settlement phase and admission of guilt has been established.

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MICHAEL A. HAYS
Address: 1020 S. Fleming St.
City: Indianapolis   State: IN   Zip Code: 46241
County: MARION
Telephone Number: 317.792.9248
E-Mail Address: michael.hays1717@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: MARION COUNTY SHERIFF
Job or Title (if known): CIVIL SERVANTS
Address: 675 Justice Way
City: Indianapolis   State: IN   Zip Code: 46203
County: MARION
Telephone Number: 317.327.1700
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
- Name: MARION COUNTY JAIL APC
- Job or Title *(if known)*: CORRECTIONS AGENCY and INMATE PROCESSING
- Address: 752 East Market St.
  - City: Indianapolis
  - State: IN
  - Zip code: 46202
- County: MARION
- Telephone Number: 317.327.1700
- E-Mail Address *(if known)*:

☐ Individual capacity  ☑ Official capacity

Defendant No. 3
- Name: MARION COUNTY JAIL II (CCA)
- Job or Title *(if known)*: CORRECTIONS AGENCY and JAIL
- Address: 730 Washington St
  - City: Indianapolis
  - State: IN
  - Zip Code: 46202
- County: MARION
- Telephone Number: 317.266.0882
- E-Mail Address *(if known)*:

☐ Individual capacity  ☑ Official capacity

### III. Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

**A.** Where did the events giving rise to your claim(s) occur?

1.) Marion County Jail APC 2.) Marion County, Indiana  3.) Indianapolis, IN 4.) Marion

**B.** What date and approximate time did the events giving rise to your claim(s) occur?

1.) February 18, 2015   AND    2.) May 8, 2015

**C.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was pulled over and arrested for a purge bond warrant. My family paid the full amount 700$ USD, within an hour of my incarceration. I was listed in the computer system as, "BONDED OUT", but was released until 4 days later. This arrest was on February 18, 2015. I was issued a court date by the Marion County Jail Processing APC Judge. The court date was to appear in Child Support Court on on February 19, 2015; the next day. I was never transported to court date as I was still incarcerated from the initial arrest and no release from bond paid. Since missing court date, the judge issued a failure to appear warrant in my name. I was released from lock up and came to find my primary job gone due to my being locked up. When I was arrested, my vehicle was towed and the amount of days that I was incarcerated past my bond paid, resulted in a bill with an amount that I could not afford at the time. I lost my vehicle and ruined my credit. On, May 8, 2015, I was driving a different vehicle and an officer ran my plate and saw that I had an FTA from February 19, 2015 so he pulled me over. I was taken to jail with a 1000$ USD bail bond amount. Once again, vehicle towed, couldn't afford to get it it out of impound, family paid bond within hours, over detained for 5 days, lost my other 2 jobs, lost my second vehicle, ruined my credit further, and in both instances, I was told by correctional officers at MCJ, that if I kept asking when I would be released because my bond was paid, that my paperwork would go to bottom of pile and I would sit there longer. And that is exactly what happened, resulting in extreme loss of wages as well as seizure of property and mental trauma. I lost 3 jobs total and TWO vehicles. I worked as Sous/Executive Chef of the Murat Old National Center, laying flooring for hotels, and my songwriting publishing deal. I wrote music for Eminem, Beyonce, Skylar Grey, Atlas Genius, and more. Skylar Grey wrote a letter to child support judge about all of this.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained mental trauma, severe loss of wages, all of my motivation, and the ability to drive to gainful employment. I lost my record deal and all of my credits due to me being a liability to Eminem and Skylar Grey as well as Universal Music Publishing Group. I have a criminal history that I served my time for and rehabilitated myself. I was locked up for stuff I actually did and deserved to be locked up for. During that time, it was hell, but I put myself there. So, when I was locked up on an ersatz and unlawful FTA warrant on May 8, 2015, it broke my brain in a way I can't describe because I knew I hadn't done anything wrong, and to be treated the way I was treated by corrections officers, caused me mental tra

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The songs that I wrote that I lost my credits for, have made over 250 MILLION dollars USD. They have streamed almost 1 BILLION times. I lost my job as the chef for Live Nation at The Murat Old National Center which was an average of 45k$ annually with the opportunity to be a traveling chef for MotorHead and Led Zeppelin. I was laying flooring with Ryan Davie from Brutus Floor Coverings and he lost faith in me when I couldn't be there for work. That job netted me almost 30k$ USD annually. With my loss of wages and loss of record deal and mental trauma, I am asking for $5 MILLION DOLLARS USD.

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04.26.2022

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: MICHAEL A. HAYS