UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHAEL A. HAYS,                               )
                                              )
                    Plaintiff,                )
                                              )
          v.                                  )     No. 1:22-cv-00813-JPH-CSW
                                              )
MARION COUNTY SHERIFF,                        )
                                              )
                    Defendant.                )

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. Plaintiff shall take nothing by

his complaint and this action is terminated.

Date: 3/28/2024

_James Patrick Hanlon_

Roger A.G. Sharpe, Clerk          James Patrick Hanlon
                                  United States District Judge
BY: _Carina Weed_                 Southern District of Indiana
      Deputy Clerk, U.S. District Court

Distribution:

MICHAEL A. HAYS
1020 S. Fleming St.
Indianapolis, IN 46241

All Electronically Registered Counsel